AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**FILED**
OCT 22 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 20-MJ-375-JFJ |
| | ) | |
| BRITTANY PAIGE COFFEE | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _September 17, 2020_ in the county of _Tulsa_ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(b)(1)(B)(viii) | Drug Conspiracy |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Justin J. Aldridge
*Printed name and title*

Sworn to before me and signed in my presence. *by phone - JJ*

Date: 10-22-20

_____
*Judge's signature*

City and state: Tulsa, OK

Jodi F. Jayne, United States Magistrate Judge
*Printed name and title*

UNITED STATES OF AMERICA

FOR THE NORTHERN DISTRICT OF OKLAHOMA

AFFIDAVIT

I, the undersigned, being duly sworn, depose and say as follows:

1. Your affiant is a Sergeant with the Tulsa Police Department, and as such, am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. Your affiant has received a Special Deputation from the United States Marshall Service on May 3, 2016 and is assigned to the Federal Bureau of Investigation (FBI) as a Task Force Officer (TFO). Your affiant is currently employed as a Tulsa Police Sergeant with the Tulsa Police Department and has been so employed since July of 1996. In December 2012, your affiant reported to the Tulsa Police Departments Special Investigations Division, at which time was assigned to investigate narcotic related crimes including but not limited to violent crime, and other state and federal crimes not listed.

2. Since becoming a Tulsa Police Officer, your affiant has become familiar with and has participated in a wide range of methods of investigation, including, but not limited to, use of physical surveillance, witness interviews, search warrants, arrest warrants, debriefings and operational use of informants, pen registers, surveillance of undercover transactions, consensually monitored and recorded conversations and phone calls, the introduction of undercover officers, and reviews of recorded conversations. Additionally, your affiant participated in investigations that utilized the interception of wire and electronic communications (Title III), and have monitored/minimized numerous calls during these investigations. Through training, education and experience, your affiant has become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs. Your affiant has received numerous hours in training from various federal, state, and local law enforcement agencies.

3. Your affiant has authored affidavits for search and arrest warrants, Title III applications, listened to intercepted phone calls, and have participated in the use of undercover operations for the purchase and distribution of illegal substances. Your affiant has participated in the execution of numerous controlled deliveries of narcotics. As a result of my law enforcement

service, your affiant has gained a considerable amount of knowledge through both training and experience. Your affiant has interviewed numerous defendants involved in the use, manufacture, transportation, and illegal sale of controlled dangerous substances. During the course of these interviews, your affiant has inquired and learned how individuals involved in drug distribution schemes and networks use and disperse the illegal proceeds generated due to the illegal sale of controlled dangerous substances, including but not limited to chemicals commonly utilized in the illegal manufacturing and distribution of methamphetamine, cocaine and heroin. During the course of your affiant's training and interviews with various defendants, he has learned how individuals involved in drug distribution schemes maintain records and conspire to deceive law enforcement, as well as, rival distributors of controlled dangerous substances. Your affiant has learned how individuals that are involved in the distribution of controlled dangerous substances maintain records and secret monies gained as a result of participation in illegal drug distribution networks. The information contained in this affidavit is known personally by me and/or was learned from information received from other officers or agents and/or by reviewing reports and documents affiliated with this investigation.

4. The information set forth in this affidavit is known to your affiant both through his own investigation and from other information provided to your affiant by other sworn law enforcement personnel. Because this affidavit is being submitted for the limited purpose of securing a Complaint and Arrest Warrant, your affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth only the facts that he believe are necessary for the issuance of a Complaint and Arrest Warrant for Jose Pizane Ruiz, born XX/XX/1976, Social Security Account Number XXX-XX-5995 and Brittany Paige Coffee, born XX/XX/1993, Social Security Account Number XXX-XX-0422, for violations of Conspiracy to Distribute Methamphetamine in violation of Title 21 USC §§ 846 and 841(b)(1)(B)(viii).

5. On September 17, 2020, Tulsa Police Officer A. Sharp located Jose Ruiz at 6730 East Archer Street, Tulsa, Oklahoma. At the time, Ruiz was a fugitive from the Northern District of Oklahoma. TPD Officers Sharp and Dawson observed Ruiz and a female, later identified as Brittany Coffee getting into a black Chevrolet Impala. TPD officers approached the vehicle in an attempt to take Ruiz into custody. Coffee driving as the vehicle drove out of the parking lot at a high rate of speed, almost running over the TPD officers. Officers in marked TPD units joined the pursuit in an attempt to take Ruiz into custody. The vehicle was involved in a collision at approximately 1500 West Highway 412. Coffee and Ruiz ran from the crash scene leaving the vehicle, however they were not apprehended. Inside the wrecked vehicle officers located 3 firearms (Smith and Wesson 40 caliber serial# FBE3399, SCCY CPX2 serial# 867873, and Taurus GSC serial# 96332).

6. TPD Officer A. Sharp began receiving exigent GPS phone location of a phone known to belong to Brittany Coffee. The GPS coordinates placed the device at 1120 East 37th

Street, Tulsa, Oklahoma. TPD officers went to the address and observed Ruiz and Coffee in and around a Chrysler 300 parked in the driveway of the residence. TPD officers took Coffee into custody while she was sitting in the vehicle, however, Ruiz ran from the vehicle, but was taken into custody in a neighboring yard. TPD officers located a purse in the vehicle containing Brittany Coffee's Oklahoma identification card. Also located in the Chrysler 300, where officers located Coffee and from which Ruiz fled immediately before he was apprehended, was a black case containing 585 grams of a crystal substance, which field tested positive for methamphetamine.

8. Your affiant searched the criminal history of Jose Pizane Ruiz and discovered he is a convicted felon. Ruiz has a 1993 conviction for Robbery with a Dangerous Weapon (CF-1993-2570), in Tulsa County, Oklahoma. Your affiant searched the criminal history of Brittany Paige Coffee and discovered she is not a convicted felon.

9. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that Jose Pizane Ruiz, born XX/XX/1976, Social Security Account Number XXX-XX-5995 and Brittany Paige Coffee, born XX/XX/1993, Social Security Account Number XXX-XX-0422, for violations of Conspiracy to Distribute Methamphetamine in violation of Title 21 USC §§ 846 and 841(b)(1)(B)(viii).

TFO Justin J. Aldridge - Affiant

Subscribed and sworn to before me this 22nd day of October, 2020.

by phone

United States Magistrate Judge